Opinion issued December 6, 2018



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00920-CV

_____

**$26,000 IN US CURRENCY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 335th District Court**
**Washington County, Texas**
**Trial Court Case No. 36500**

---

## MEMORANDUM OPINION

Appellant, $26,000 in US Currency, by and through its owner, Justin Wayne Brauner, representing that "[t]he parties have reached an agreement to compromise and settle their differences in the underlying suit," has filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See*

TEX. R. APP. P. 42.1(a)(1), (c). And, although the motion does not include a certificate of conference, more than ten days have passed and no party has opposed appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.